**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SAMANTHA R.L.,

                Plaintiff,                    21 **CIVIL** 9339 (GRJ)

    -v-                                  **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 9, 2023, Plaintiff's Motion for Judgment on the Pleadings is GRANTED; the Commissioner's Motion for Judgment on the Pleadings is DENIED; and this matter is REMANDED for further proceedings consistent with the Decision and Order; accordingly, the case is closed.

**Dated:** New York, New York
          March 9, 2023

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                      **BY:**      *K. Mango*

                                                    **Deputy Clerk**